IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MIGUEL ILAW,

    Plaintiff,

v.

LITTLER MENDELSON PC ET AL,

    Defendant.

       /

No. C 13-04851 JSW

**SUA SPONTE ORDER OF REFERRAL**

      On October 18, 2013, Plaintiff Miguel Ilaw ("Plaintiff") filed a complaint and a motion to proceed *in forma pauperis*. On October 22, 2013, the Court denied Plaintiff's application to proceed *in forma pauperis* and dismissed the complaint with leave to amend. (Docket No. 5.) On November 12, 2013, Plaintiff filed his Verified First Amended Complaint, which notes a potentially related case. Accordingly, pursuant to Northern District Civil Local Rules 3-3(c) and 3-12(c), the Court HEREBY REFERS this matter to Judge Lucy H. Koh to determine whether it is related to *Ilaw v. Daughters of Charity Health System*, 11-cv-02752 LHK.

      **IT IS SO ORDERED.**

Dated: November 15, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc:   Judge Lucy H. Koh

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MIGUEL ILAW,

    Plaintiff,

v.

LITTLER MENDELSON PC ET AL et al,

    Defendant.

Case Number: CV13-04851 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 15, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Miguel Ilaw
354 London Street
San Francisco, CA 94112

Dated: November 15, 2013

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk