UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MIGUEL ILAW,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>LITTLER MENDELSON, P.C., and<br>DAUGHTERS OF CHARITY<br>HEALTH SYSTEM<br><br>　　　　　　　Defendants. | Case No.: 13-CV-04851-JSW<br><br>ORDER RE SUA SPONTE ORDER OF REFERRAL |

On November 15, 2013, Judge Jeffrey White issued an order asking this Court to consider whether the above-entitled action, *Ilaw v. Littler Mendelson, P.C.*, Case No. 13-CV-04851, is related to *Ilaw v. Daughters of Health Charity System*, Case No. 11-CV-02752. ECF No. 8. The time for either party to file a response has passed. After reviewing the First Amended Complaint in this case, the Court concludes that these cases should not be related. The First Amended Complaint appears to include allegations against the undersigned judge. *See* ECF No. 6 at 3, 6 ("This action contains specific factual allegations supporting a claim of conspired joint action of a professional law firm corporation and its representatives, Littler Mendelson, and former associate judges at SCCSC [Gallagher; Kho [*sic*]; Lucas].")." In addition, the plaintiff in this case has filed a lawsuit

against the undersigned's courtroom deputy. For these reasons, the Court concludes that it would not be proper for the undersigned judge to relate this case.

**IT IS SO ORDERED.**

Dated: November 20, 2013

*Lucy H. Koh*
LUCY H. KOH
United States District Judge