**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL ILAW, | No. C 13-04851 JSW |
| Plaintiff, | **JUDGMENT** |
| v. | |
| LITTLER MENDELSON PC ET AL, | |
| Defendant. | |

Pursuant to the Court's Order dismissing Plaintiff's Second Amended Complaint with prejudice, and denying his motion to proceed *in forma pauperis*, JUDGMENT is HEREBY ENTERED.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: January 14, 2014

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE